IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re:                                                    CHAPTER 7

    FERIZ UKSHINI                                CASE NO. 10-17894
    VALBONA UKSHINI

                            Debtors                    JUDGE PAT E. MORGENSTERN-CLARREN

**MOTION FOR AN ORDER UPON DEBTOR TO APPEAR FOR FURTHER EXAMINATION PURSUANT TO BANKRUPTCY RULE 2004(a) DUCES TECUM**

Now comes Waldemar J. Wojcik, the duly appointed and acting Trustee in the within captioned proceedings (hereinafter "Movant"), and respectfully moves this Honorable Court for an Order directing the Debtor, Feriz Ukshini, to appear personally and to bring with him the following documents:

    1. All documentation evidencing the date and amount of the loan that you obtained from your credit union during January, 2010 as per your 341 examination testimony; and

    2. Receipts and explanation documenting how the following withdrawals and debits from your Charter One Bank account were spent:

        $1,423.61 on 4/22/10
        $1,086.61 on 4/22/10
        $1,086.61 on 4/22/10
        $1,086.91 on 4/22/10
        $1,900.00 on 4/30/10
        $2,100.00 on 5/14/10

    The examination will be conducted at the office of Waldemar J. Wojcik, Trustee, 526 Superior Avenue, Suite 1030, The Leader Bldg., Cleveland, Ohio 44114, on the **1st day of February, 2011 at 1:00 P.M.** This Motion is made pursuant to the provisions of Bankruptcy Rules 2004(a) and 9016 and Rule 45 of the Federal Rules of Civil Procedure.

WHEREFORE, Movant moves this Court for an Order requiring Debtor, Feriz Ukshini, to appear for examination as provided by Rule 2004(a) and to bring the documents and information identified hereinabove.

Respectfully submitted,

/s/ Waldemar J. Wojcik
_____
WALDEMAR J. WOJCIK, Trustee
526 Superior Avenue, Suite 1030
Cleveland, Ohio 44114
Phone: (216) 241-2628
Fax: (216) 621-0408

**CERTIFICATE OF SERVICE**

A copy of the foregoing Motion to Appear for Further Examination Pursuant to Bankruptcy Rule 2004(a) was served on January 11, 2011 by ordinary U.S. Mail, postage prepaid and/or by ECF email upon each of the following:

Feriz Ukshini and Valbona Ukshini, Debtors
1704 West Ash Dr.
Avon, OH 44011

William J. Balena,
Attorney for Debtors (via email)

Office of the U.S. Trustee (via email)

/s/ Waldemar J. Wojcik
_____
WALDEMAR J. WOJCIK, Trustee