**IT IS SO ORDERED.**



ENTERED UNDER ADMINISTRATIVE ORDER NO. 06-2
KENNETH J. HIRZ, CLERK OF BANKRUPTCY COURT
BY:  /s/ Erick Jones
                 **Deputy Clerk**

**Dated: January 12, 2011**

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re: | CHAPTER 7 |
| FERIZ UKSHINI<br>VALBONA UKSHINI | CASE NO. 10-17894 |
| Debtors | JUDGE PAT E. MORGENSTERN-CLARREN |

### ORDER UPON THE DEBTOR
### TO APPEAR FOR FURTHER EXAMINATION PURSUANT TO BANKRUPTCY RULE 2004(a) AND TO PRODUCE DOCUMENTS

      This cause came on for consideration by this Court upon Motion by Waldemar J. Wojcik, the acting Trustee, for an Order upon the Debtor, Feriz Ukshini, to appear for examination pursuant to Bankruptcy Rule 2004(a) Duces Tecum.

      The Court, being fully advised in the premises, finds that said Motion is well taken and should be granted.

      IT IS THEREFORE ORDERED that the Debtor, Feriz Ukshini, appear on the **1st day of February, 2011 at 1:00 P.M.** at the office of Waldemar J. Wojcik, Trustee, 526 Superior Avenue, Suite 1030, The Leader Bldg., Cleveland, Ohio 44114, and submit to examination by the undersigned Trustee-Movant or his legal representative and to produce at that time and place the documents and

information requested by the Trustee-Movant in his Motion for Examination, and to respond to such other inquires by the said Trustee-Movant or his representative as may be appropriate under the provisions of Bankruptcy Rule 2004(a).

# # #

SUBMITTED AND APPROVED BY:

/s/ Waldemar J. Wojcik
_____
WALDEMAR J. WOJCIK, Trustee (0021824)
526 Superior Ave., Suite 1030
Cleveland, OH 44114
Phone: (216) 241-2628
Fax: (216) 621-0408

## CERTIFICATE OF SERVICE

A copy of the foregoing Order was served by the Clerk of the U.S. Bankruptcy Court by ordinary U.S. Mail, postage prepaid and/or by ECF email upon each of the following:

Feriz Ukshini and Valbona Ukshini, Debtors
1704 West Ash Dr.
Avon, OH 44011

William J. Balena,
Attorney for Debtors (via ECF email)

Office of the U.S. Trustee (via ECF email)

Waldemar J. Wojcik, Trustee (via ECF email)

-2-